# UNITED STATES DISTRICT COURT
## District of Minnesota

Casey Ray Christianson

                    Plaintiffs,

v.

Eric Klang, City of Pequot Lakes, Jonathan Babinski, Anonymous Investigative Services LLC, Kurt Schienbein, Joshua Schienbein

                    Defendants.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  20-cv-565 DWF/LIB

It appearing that defendant Jonathan Babinski is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs Casey Ray Christianson

    DEFAULT IS HEREBY ENTERED against Jonathan Babinski

                                                KATE M. FOGARTY, CLERK

Date: November 12, 2021