# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Casey Ray Christianson, | Civil No. 20-565 (DWF/LIB) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION FOR PARTIAL DEFAULT JUDGMENT** |
| Eric Klang, individually and in his capacity as Chief of Police for the City of Pequot Lakes, et al., | |
| Defendants. | |

## TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 7, 2022, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Donovan Frank at Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101, Plaintiff Casey Ray Christianson, will move for default judgment *against Defendant Babinski* under Fed. R. Civ. P. 55(b).

Plaintiff bases his requests for relief on this Notice of Motion and Motion and Plaintiff's accompanying: Memorandum of Law in Support of Motion for Partial Default Judgment, Declaration of Casey Ray Christianson, with Exhibits, Meet-and-Confer Statement, and Proposed Order Granting Default Judgment

Against Defendant Babinski, which are all served and either on file or submitted and contain information as required by Minnesota Local Rules 7.1 & 37.1.

WILSON LAW GROUP

**Dated: November 23, 2021**  **/s/ David L. Wilson**
David L. Wilson, #0280239
Eva J. Rodelius Buer, #0395621
Wilson Law Group
3019 Minnehaha Avenue
Minneapolis, Minnesota 55406
Phone: 612.436.7100
dwilson@wilsonlg.com