# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Casey Ray Christianson, | Civil No. 20-565 (DWF/LIB) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Eric Klang, individually and in his capacity as Chief of Police for the City of Pequot Lakes, et al., | |
| Defendants. | |

I, David L Wilson, hereby certify that on November 23, 2021, I caused to be electronically served on all participating ECF parties and via US Postal Service on Defendant Babinski the following:

- Notice of Motion for Default Judgment;
- Motion for Default Judgment;
- Memorandum of Law in Support of Motion for Default Judgment;
- Declaration of Casey Christianson with exhibits
- L.R. 7.1 Certificate of Compliance; and,
- Meet and Confer Statement
- Proposed Order

to be mailed by first class mail, postage paid, to **John Babinski, Crooked Creek Guest Ranch, 76 Fir Road, Dubois, WY, 82513**

**Date: November 23, 2021**　　　　　　　　　　　　**/s/ David L. Wilson**
David L. Wilson
Wilson Law Group
3019 Minnehaha Avenue
Minneapolis MN 55406
612-436-7112
dwilson@wilsonlg.com

1